IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. __**05 - CV - 02344**-OES    NOV 1 8 2005

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ROBERT JAMES WALTON,

    Applicant,

v.

H.A. RIOS, JR., Warden,

    Respondent.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND GRANTING APPLICANT LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Applicant Robert James Walton has submitted a Motion for a Temporary Restraining Order and Preliminary Injunction, with Memorandum of Law in Support of, a Memorandum of Law in Support of Motion for a Temporary Restraining Order and Preliminary Injunction, a Declaration in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, a Memorandum in Support of Application for a Writ of Habeas Corpus, an Affidavit, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _18_ day of _November_, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 02344-OES

Robert James Walton
Reg. No. 18486-008
FCI
P.O. Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for full payment filing fee** to the above-named individuals on 11-18-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk